**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-11126-TPA |
| | : | |
| **Jacob A Sallmen,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Jacob A Sallmen,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 43 |
| | : | |
| vs. | : | |
| | : | |
| **Sunbelt Solomon Solutions,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: November 11, 2021 | By: /s/ Kaitlyn E. Vale |
| | KAITLYN E. VALE, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**SUNBELT SOLOMON SOLUTIONS**
**129 WEST MAIN STREET**
**SOLOMON, KS 67480**