**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO.: 19-11126-JCM |
| | : | |
| Jacob A. Sallmen, | : | CHAPTER 13 |
|     Debtor, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Jacob A. Sallmen, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 61 |
| | : | |
| vs. | : | |
| | : | |
| Preston Auto Group, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: August 24, 2023

By: /s/ Kristen Dennis
KRISTEN DENNIS, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**PRESTON AUTO GROUP**
**1500 WILMINGTON RD**
**NEW CASTLE PA 16105**