IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIGNED
12/17/24 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: : Case No.: 19-11126-JCM
:
Jacob A. Sallmen : Chapter: 13
:
*Debtor.* :
: Date: 12/17/2024
: Time: 10:00 a.m.

### PROCEEDING MEMO

**MATTER**   #69 Trustee's Motion to Dismiss

#73 Response by Debtor

**APPEARANCES:**

Debtor: Daniel P. Foster
Trustee: Owen Katz

**NOTES:**

Katz:   We received a payment, and we need $19 to complete. The wage attachment is still remitting.

**OUTCOME:**   TO to be entered stating: On or before January 16, 2025, the Debtor shall remit a full wage attachment to the Chapter 13 Trustee in order to complete the Plan. Counsel for the Debtor shall inform the Trustee's office once payment in full has been made. Upon payment in full, the Trustee shall withdraw the Motion to Dismiss. In the event the Trustee notifies the Court that payment in full is not made by the January 16, 2025 deadline, the case will be dismissed without further notice or hearing.