**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   JACOB A SALLMEN

          Debtor(s)

Ronda J. Winnecour, Trustee
   Movant
       vs.
JACOB A SALLMEN

       Respondents

Case No.19-11126JCM

Chapter 13

Document No. 76

---

**ORDER TO STOP PAYROLL DEDUCTIONS**

   AND NOW, this ___27th___ day of December , 20_24_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Preston Motors
Attn: Payroll Manager
1500 Wilmingotn Rd
New Castle,PA 16105

is hereby ordered to immediately terminate the attachment of the wages of JACOB A SALLMEN, social security number XXX-XX-6947. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JACOB A SALLMEN.

BY THE COURT:

cc: Debtor(s)
   Debtor(s) Attorney

John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
12/27/24 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-11126-JCM

Jacob A. Sallmen                                                          Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                     User: auto                              Page 1 of 2
Date Rcvd: Dec 27, 2024                  Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

**Recip ID              Recipient Name and Address**
db              +  Jacob A. Sallmen, 1048 Griswold Street, Sharon, PA 16146-2902

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024                   Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:**

**Name                    Email Address**

Daniel P. Foster
                         on behalf of Debtor Jacob A. Sallmen dan@mrdebtbuster.com
                         katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
                         on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com

Leon P. Haller
                         on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
                         khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

District/off: 0315-1

Date Rcvd: Dec 27, 2024

TOTAL: 5

User: auto

Form ID: pdf900

Page 2 of 2

Total Noticed: 1