**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-11126-JCM |
| | : | |
| Jacob A. Sallmen, | : | CHAPTER 13 |
|      Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Jacob A. Sallmen, | : | |
|      Movant, | : | RELATED TO DOCKET NO.: 79 |
| | : | |
| vs. | : | |
| | : | |
| Preston Motors, | : | |
| | : | |
|      and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|      Chapter 13 Trustee. | : | |
|      Respondents. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 30, 2024

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**PRESTON MOTORS**
**ATTN: PAYROLL MANAGER**
**1500 WILMINGTON ROAD**
**NEW CASTLE, PA 16105**