Certificate Number: 03088-PAW-DE-039223750

Bankruptcy Case Number: 19-11126



03088-PAW-DE-039223750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2025, at 7:51 o'clock PM CST, Jacob a Sallmen completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 8, 2025

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor