**Form 300b**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jacob A. Sallmen**<br>    *Debtor(s)* | : <br> : <br> : | Case No. 19−11126−JCM <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>    *Movant(s),* | : <br> : <br> : | |
| v. <br> **No Respondents**<br>    *Respondent(s).* | : <br> : <br> : <br> : <br> : <br> : | Related to Document No. 86 <br><br> Hearing Date: 4/24/25 at 02:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 26th of February, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 86 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)   **On or before April 14, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)   This *Motion* is scheduled for hearing on **April 24, 2025 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11126-JCM |
| Jacob A. Sallmen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: 300b | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob A. Sallmen, 1048 Griswold Street, Sharon, PA 16146-2902 |
| 15157006 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15157009 | + | Carbino Law, 3712 Highland Avenue, Drexel Hill, PA 19026-3103 |
| 15157014 | + | Diagnostic Imaging Consultants, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 15157015 | + | First Choice, 2209 West State Street, New Castle, PA 16101-1138 |
| 15157023 | + | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15157032 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 15157029 | | University of Pittsburgh Physicians, Quantum One, 2nd Floor, Suite 257, Pittsburgh, PA 15203 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Feb 27 2025 00:36:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:40:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:28:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168778 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Feb 27 2025 00:36:00 | Bluegreen Vacations Unlimited Inc, 4960 Conference Way North, Suite 100, Boca Raton FL 33431 |
| 15157010 | ^ | MEBN | Feb 27 2025 00:20:48 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15157007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:48 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:58 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 15157011 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15157012 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15157013 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 27 2025 00:54:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15157016 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 27 2025 00:36:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15186579 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 27 2025 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15157017 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:29:09 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15167754 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15157018 | + | Email/Text: Documentfiling@lciinc.com | Feb 27 2025 00:36:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-2802 |
| 15157019 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:15:29 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 15168810 | | Email/Text: inveniobkt@phillips-cohen.com | Feb 27 2025 00:37:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15157022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 02:01:56 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15508921 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:28:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15175292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 02:21:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15157020 | + | Email/Text: blegal@phfa.org | Feb 27 2025 00:53:00 | Pa Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15187608 | + | Email/Text: blegal@phfa.org | Feb 27 2025 00:53:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15157021 | + | Email/Text: pcabkt@phillips-cohen.com | Feb 27 2025 00:37:00 | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15157023 | ^ | MEBN | Feb 27 2025 00:20:42 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15157024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:28:36 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15157025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:29:07 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15184268 | ^ | MEBN | Feb 27 2025 00:21:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15157506 | ^ | MEBN | Feb 27 2025 00:21:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15157026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:54 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15157028 | ^ | MEBN | Feb 27 2025 00:20:18 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15157030 | ^ | MEBN | Feb 27 2025 00:19:46 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15184724 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2025 00:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15157031 | ^ | MEBN | Feb 27 2025 00:20:58 | UPMC Horizon, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 15185275 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2025 00:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15183577 | | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 01:50:32 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 300b | Total Noticed: 43 |

15157033  + Email/Text: pitbk@weltman.com
                            Feb 27 2025 00:37:00   Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Housing Finance Agency |
| 15157027 | ##+ | Titan Legal Processing LLC, 5731 Mt. Pleasant Lane, #23377, Belleville, IL 62223-5121 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Debtor Jacob A. Sallmen dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com |
| Leon P. Haller | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5