**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JACOB A SALLMEN | Case No.:19-11126 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/13/2019 and confirmed on 1/30/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,073.43 |
| Less Refunds to Debtor | 1,146.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,927.03 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 3,712.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,212.09 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PHFA(*) <br> Acct: 4743 | 0.00 | 43,543.76 | 0.00 | 43,543.76 |
| PHFA(*) <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHFA(*) <br> Acct: 4743 | 3,083.63 | 3,083.63 | 0.00 | 3,083.63 |
| BLUEGREEN VACATION CORPORATION <br> Acct: 2154 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST CHOICE FCU** <br> Acct: 0004 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST CHOICE FCU** <br> Acct: 0003 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 46,627.39 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JACOB A SALLMEN <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JACOB A SALLMEN <br> Acct: | 600.00 | 600.00 | 0.00 | 0.00 |
| JACOB A SALLMEN <br> Acct: | 546.40 | 546.40 | 0.00 | 0.00 |
| FOSTER LAW OFFICES** <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** <br> Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| PCA ACQUISITIONS V LLC <br> Acct: 8059 | 5,817.05 | 3,044.06 | 0.00 | 3,044.06 |
| CAPITAL ONE** <br> Acct: 1371 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

19-11126                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1822 | | | | |
| | UPMC HEALTH SERVICES | 5,540.23 | 2,899.20 | 0.00 | 2,899.20 |
| | Acct: 6947 | | | | |
| | UPMC PHYSICIAN SERVICES | 457.13 | 239.22 | 0.00 | 239.22 |
| | Acct: 6947 | | | | |
| | DIAGNOSTIC IMAGING ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1135 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 7,075.90 | 3,702.82 | 0.00 | 3,702.82 |
| | Acct: 8120 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 1,904.85 | 996.81 | 0.00 | 996.81 |
| | Acct: 6588 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 809.78 | 423.76 | 0.00 | 423.76 |
| | Acct: 7021 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2112 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 2,620.06 | 1,371.08 | 0.00 | 1,371.08 |
| | Acct: 5083 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,945.37 | 1,541.31 | 0.00 | 1,541.31 |
| | Acct: 3437 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 4,747.51 | 2,484.37 | 0.00 | 2,484.37 |
| | Acct: 7144 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 735.56 | 384.92 | 0.00 | 384.92 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5083 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ACCELERATED INVENTORY MGT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMCA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 17,087.55 |

TOTAL PAID TO CREDITORS                                                                               63,714.94

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 3,083.63 |
| UNSECURED | 32,653.44 |

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JACOB A SALLMEN

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:19-11126

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11126-JCM |
| Jacob A. Sallmen | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob A. Sallmen, 1048 Griswold Street, Sharon, PA 16146-2902 |
| 15157006 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15157009 | + | Carbino Law, 3712 Highland Avenue, Drexel Hill, PA 19026-3103 |
| 15157014 | + | Diagnostic Imaging Consultants, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 15157015 | + | First Choice, 2209 West State Street, New Castle, PA 16101-1138 |
| 15157023 | + | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15157032 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 15157029 | | University of Pittsburgh Physicians, Quantum One, 2nd Floor, Suite 257, Pittsburgh, PA 15203 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Feb 27 2025 00:36:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:29:15 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 02:33:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168778 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Feb 27 2025 00:36:00 | Bluegreen Vacations Unlimited Inc, 4960 Conference Way North, Suite 100, Boca Raton FL 33431 |
| 15157010 | ^ | MEBN | Feb 27 2025 00:20:49 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15157007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:38 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:29:10 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 15157011 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15157012 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15157013 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 27 2025 00:54:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15157016 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 27 2025 00:36:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15186579 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 19-11126-JCM    Doc 89    Filed 02/28/25    Entered 03/01/25 00:31:25    Desc Imaged
                               Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 27 2025 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15157017 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 27 2025 01:15:44 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15167754 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Feb 27 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15157018 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Feb 27 2025 00:36:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-2802 |
| 15157019 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 27 2025 01:15:32 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 15168810 | | Email/Text: inveniobkt@phillips-cohen.com | | |
| | | | Feb 27 2025 00:37:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15157022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 27 2025 01:28:40 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15508921 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 27 2025 01:28:44 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15175292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 27 2025 01:28:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15157020 | + | Email/Text: blegal@phfa.org | | |
| | | | Feb 27 2025 00:53:00 | Pa Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15187608 | + | Email/Text: blegal@phfa.org | | |
| | | | Feb 27 2025 00:53:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15157021 | + | Email/Text: pcabkt@phillips-cohen.com | | |
| | | | Feb 27 2025 00:37:00 | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15157023 | ^ | MEBN | | |
| | | | Feb 27 2025 00:20:43 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15157024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 27 2025 01:16:13 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15157025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 27 2025 01:39:44 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15184268 | ^ | MEBN | | |
| | | | Feb 27 2025 00:21:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15157506 | ^ | MEBN | | |
| | | | Feb 27 2025 00:21:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15157026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 27 2025 01:28:45 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15157028 | ^ | MEBN | | |
| | | | Feb 27 2025 00:20:19 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15157030 | ^ | MEBN | | |
| | | | Feb 27 2025 00:19:46 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15184724 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Feb 27 2025 00:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15157031 | ^ | MEBN | | |
| | | | Feb 27 2025 00:20:59 | UPMC Horizon, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 15185275 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Feb 27 2025 00:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15183577 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 27 2025 01:28:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

| 15157033 | + Email/Text: pitbk@weltman.com | | |
|---|---|---|---|
| | | Feb 27 2025 00:37:00 | Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Housing Finance Agency |
| 15157027 | ##+ | Titan Legal Processing LLC, 5731 Mt. Pleasant Lane, #23377, Belleville, IL 62223-5121 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Jacob A. Sallmen dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5