| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jacob A. Sallmen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6947<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–11126–JCM | |

## Order of Discharge                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jacob A. Sallmen

<u>4/15/25</u>                                     **By the court:** <u>John C Melaragno</u>
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jacob A. Sallmen  
    Debtor

Case No. 19-11126-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Apr 15, 2025     Form ID: 3180W     Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob A. Sallmen, 1048 Griswold Street, Sharon, PA 16146-2902 |
| 15157006 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15157009 | + | Carbino Law, 3712 Highland Avenue, Drexel Hill, PA 19026-3103 |
| 15157014 | + | Diagnostic Imaging Consultants, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 15157015 | + | First Choice, 2209 West State Street, New Castle, PA 16101-1138 |
| 15157032 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 15157029 | | University of Pittsburgh Physicians, Quantum One, 2nd Floor, Suite 257, Pittsburgh, PA 15203 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2025 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2025 05:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: BASSASSOC.COM | Apr 16 2025 05:10:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: PRA.COM | Apr 16 2025 05:10:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 16 2025 05:10:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168778 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Apr 16 2025 01:27:00 | Bluegreen Vacations Unlimited Inc, 4960 Conference Way North, Suite 100, Boca Raton FL 33431 |
| 15157010 | ^ | MEBN | Apr 16 2025 01:25:37 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15157007 | + | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157008 | + | EDI: CAPITALONE.COM | Apr 16 2025 05:10:00 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 15157011 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15157012 | + | EDI: WFNNB.COM | Apr 16 2025 05:10:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |

Case 19-11126-JCM    Doc 92    Filed 04/17/25    Entered 04/18/25 00:31:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 45 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 15157013 | + Email/Text: bdsupport@creditmanagementcompany.com | Apr 16 2025 01:28:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15157016 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 16 2025 01:27:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15186579 | EDI: JEFFERSONCAP.COM | Apr 16 2025 05:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15157017 | + EDI: JPMORGANCHASE | Apr 16 2025 05:10:00 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15167754 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 16 2025 01:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15157018 | + EDI: LENDNGCLUB | Apr 16 2025 05:10:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-5839 |
| 15157019 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2025 01:36:40 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 15168810 | Email/Text: inveniobkt@phillips-cohen.com | Apr 16 2025 01:27:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15157022 | EDI: PRA.COM | Apr 16 2025 05:10:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15508921 | EDI: PRA.COM | Apr 16 2025 05:10:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15175292 | EDI: PRA.COM | Apr 16 2025 05:10:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15157020 | + Email/Text: blegal@phfa.org | Apr 16 2025 01:28:00 | Pa Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15187608 | + Email/Text: blegal@phfa.org | Apr 16 2025 01:28:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15157021 | + Email/Text: pcabkt@phillips-cohen.com | Apr 16 2025 01:27:00 | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15157023 | ^ MEBN | Apr 16 2025 01:25:24 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15157024 | + EDI: SYNC | Apr 16 2025 05:10:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15157025 | + EDI: SYNC | Apr 16 2025 05:10:00 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15184268 | ^ MEBN | Apr 16 2025 01:26:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15157506 | ^ MEBN | Apr 16 2025 01:26:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15157026 | + EDI: CITICORP | Apr 16 2025 05:10:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15157028 | ^ MEBN | Apr 16 2025 01:24:50 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15157030 | ^ MEBN | Apr 16 2025 01:24:20 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15184724 | Email/Text: BNCnotices@dcmservices.com | Apr 16 2025 01:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15157031 | ^ MEBN | Apr 16 2025 01:24:13 | UPMC Horizon, PO Box 382059, Pittsburgh, PA 15250-0001 |

Case 19-11126-JCM  Doc 92  Filed 04/17/25  Entered 04/18/25 00:31:06  Desc Imaged
Certificate of Notice  Page 5 of 5

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 3180W | Total Noticed: 45 |

| 15185275 | | Email/Text: BNCnotices@dcmservices.com | | | |
|---|---|---|---|---|---|
| | | | Apr 16 2025 01:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15183577 | | EDI: AIS.COM | | | |
| | | | Apr 16 2025 05:10:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15157033 | + | Email/Text: pitbk@weltman.com | | | |
| | | | Apr 16 2025 01:27:00 | Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Housing Finance Agency |
| 15157027 | ##+ | Titan Legal Processing LLC, 5731 Mt. Pleasant Lane, #23377, Belleville, IL 62223-5121 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Jacob A. Sallmen dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5