IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JACOB A SALLMEN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-11126

Chapter 13

Related Document No. 86

ORDER OF COURT

  AND NOW, this \_\_\_\_\_15th\_\_\_\_\_ day of \_\_\_\_\_April\_\_\_\_\_, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge    dak
United States Bankruptcy Court
SIGNED
4/15/25 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11126-JCM |
| Jacob A. Sallmen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob A. Sallmen, 1048 Griswold Street, Sharon, PA 16146-2902 |
| 15157006 | + | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 15157009 | + | Carbino Law, 3712 Highland Avenue, Drexel Hill, PA 19026-3103 |
| 15157014 | + | Diagnostic Imaging Consultants, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 15157015 | + | First Choice, 2209 West State Street, New Castle, PA 16101-1138 |
| 15157032 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 15157029 | | University of Pittsburgh Physicians, Quantum One, 2nd Floor, Suite 257, Pittsburgh, PA 15203 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc@bass-associates.com | Apr 16 2025 01:27:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:36:14 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:36:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15168778 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Apr 16 2025 01:27:00 | Bluegreen Vacations Unlimited Inc, 4960 Conference Way North, Suite 100, Boca Raton FL 33431 |
| 15157010 | ^ | MEBN | Apr 16 2025 01:25:39 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15157007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:37:07 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15157008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:36:40 | Capital One Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 15157011 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15157012 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:27:00 | Comenity Bank / Kay's, Po Box 182789, Columbus, OH 43218-2789 |
| 15157013 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 16 2025 01:28:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15157016 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 16 2025 01:27:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15186579 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 01:28:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 19-11126-JCM   Doc 93   Filed 04/17/25   Entered 04/18/25 00:31:06   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 15157017 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2025 01:36:59 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 15167754 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 16 2025 01:27:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15157018 | + | Email/Text: Documentfiling@lciinc.com | Apr 16 2025 01:27:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-5839 |
| 15157019 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2025 01:36:46 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 15168810 | | Email/Text: inveniobkt@phillips-cohen.com | Apr 16 2025 01:27:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 15157022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:37:07 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15508921 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:37:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15175292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15157020 | + | Email/Text: blegal@phfa.org | Apr 16 2025 01:28:00 | Pa Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15187608 | + | Email/Text: blegal@phfa.org | Apr 16 2025 01:28:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15157021 | + | Email/Text: pcabkt@phillips-cohen.com | Apr 16 2025 01:27:00 | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15157023 | ^ | MEBN | Apr 16 2025 01:25:26 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15157024 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:36:39 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15157025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:36:14 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 15184268 | ^ | MEBN | Apr 16 2025 01:26:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15157506 | ^ | MEBN | Apr 16 2025 01:26:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15157026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:49:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15157028 | ^ | MEBN | Apr 16 2025 01:24:51 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15157030 | ^ | MEBN | Apr 16 2025 01:24:21 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15184724 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2025 01:27:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15157031 | ^ | MEBN | Apr 16 2025 01:24:14 | UPMC Horizon, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 15185275 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2025 01:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15183577 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2025 01:37:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15157033 | + | Email/Text: pitbk@weltman.com | | |

Apr 16 2025 01:27:00    Weltman Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Housing Finance Agency |
| 15157027 | ##+ | Titan Legal Processing LLC, 5731 Mt. Pleasant Lane, #23377, Belleville, IL 62223-5121 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

**Name** — **Email Address**

Daniel P. Foster
on behalf of Debtor Jacob A. Sallmen dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com

Leon P. Haller
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5